1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6758
7  FAX: (415) 436-6753

8  Attorneys for the United States of America

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-08-70476-MEJ |
| - v. - | APPLICATION AND [~~PROPOSED~~] UNSEALING ORDER |
| JONATHAN CRUZ-RAMIREZ, | |
| Defendant. | |

The Government respectfully submits this application to unseal the above-captioned case, in which the defendant, JONATHAN CRUZ-RAMIREZ, is charged in a criminal complaint with one count of illegal re-entry, in violation of Title 8, United States Code, Section 1326. The defendant was arrested during the evening of July 25, 2008, so there is no longer any need to maintain the captioned criminal complaint under seal.

//
//
//

DATED: July 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney

Upon the motion of the United States, by United States Attorney Joseph P. Russoniello and Assistant United States Attorney W.S. Wilson Leung, of counsel, for the reasons stated above, it is hereby ordered that the above-captioned case be unsealed.

IT IS SO ORDERED.

DATED: July 29, 2008

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge