| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 3 MIN | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brenda Tolbert | REPORTER/FTR<br>9:49 - 9:52 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | DATE<br>July 30, 2008 | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70476 MEJ |

**APPEARANCES**

| DEFENDANT<br>JONATHAN CRUZ | AGE<br>19 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Susan Raffanti | PD. ☐  RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Nat Cousins/Wilson Leung | | INTERPRETER<br>Melinda Basker-Spanish | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Tim Elder | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>3 min | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED**
AUG 01 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ARRAIGNMENT**

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

**CONTINUANCE**

| TO:<br>8-11-08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 A.M. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☒ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>JCS | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Deft has INS hold. Detn Waived w/o Prejudice.

BT, PTS, KAREN